# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN HARDGE, | CASE NO. 1:05-CV-0738-AWI-DLB-P |
| Plaintiff, | ORDER DISMISSING ACTION AS DUPLICATIVE OF CASE NUMBER 1:05-CV-00718-OWW DLB-P |
| v. | |
| E. ALAMEIDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 8, 2005. The complaint in this action sets forth the same claims as those set forth in the complaint filed on June 3, 2005, in case number 1:05-CV-0718-OWW-DLB-P.

Accordingly, this case is HEREBY DISMISSED on the ground that it is duplicative of case number 1:05-CV-0718-OWW-DLB-P.

IT IS SO ORDERED.

**Dated:** **December 13, 2006**     /s/ Anthony W. Ishii
0m8i78                    UNITED STATES DISTRICT JUDGE